IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CALEB PEACOCK, )<br>)<br>    Plaintiff, )<br>) <br>    v. )<br>)<br>BLAKE TURMAN, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:23cv241-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining about conditions of confinement at the Covington County Jail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with a court to either pay a filing fee or file an application to proceed in forma pauperis. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of June, 2023.

                                                /s/ Myron H. Thompson
                                           **UNITED STATES DISTRICT JUDGE**